BLANK ROME LLP
Jeffrey Rosenfeld (SBN 221625)
JRosenfeld@BlankRome.com
Jessica A. McElroy (SBN 299919)
JMcelroy@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone:   424.239.3419
Facsimile:   424.239.3434

*Attorneys for Plaintiff HVMN Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HVMN INC., a Delaware Corporation, | Case No.: _____ |
| Plaintiff, | |
| v. | **COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT** |
| HUMAN POWER OF N COMPANY, a Texas Corporation, | |
| Defendant. | |

144119.00101/112072442v.1

**COMPLAINT**

Plaintiff, HVMN Inc. ("HVMN" or "Plaintiff"), by and through its attorneys, for its Complaint against Defendant, Human Power of N Company ("Defendant"), alleges upon information and belief as follows:

## THE PARTIES

1.      Plaintiff is a Delaware corporation located at 505 Montgomery Street, Suite 1025, San Francisco, CA 94111.

2.      Upon information and belief, Defendant is a Texas corporation located at 1122 S. Capital of Texas Hwy, Suite 300, West Lake Hills, TX 78746-6728.

## JURISDICTION AND VENUE

3.      This is a civil action for a declaratory judgment of non-infringement.

4.      Jurisdiction is proper in this Court because this litigation arises under federal law, namely 17 U.S.C. § 1051 et seq. (Lanham Act). The Court has jurisdiction over this action under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1338(a) (trademarks), and 28 U.S.C. § 2201 (Declaratory Judgment Act).

5.      This Court has personal jurisdiction over Defendant because Defendant, *inter alia*, transacts business in the State of California and within this district, engages in a persistent course of conduct in the State of California, and expects, or should reasonably expect, its acts to have legal consequences in the State of California.

6.      Venue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391 because Defendant conducts or has regularly conducted business in this judicial district, including advertising and selling its products in at least eleven (11) retail store locations within this district and advertising and selling its products through the Internet to California residents. As such, Defendant expects, or should reasonably expect, its acts to have legal consequences in this District.

7.      As detailed below, a substantial case or controversy has arisen between the parties.

# FACTUAL BACKGROUND

## Plaintiff's Business and Trademark

8.     HVMN is a San Francisco based company that develops and manufactures nutrition products that are geared towards optimizing and improving cognitive, physical, and metabolic human performance. Its innovative and patented HVMN Ketone ester drink is the world's first ketone ester drink. See *HVMN Ketone*, HVMN, <www.hvmn.com/ketone> (last accessed Sept. 6, 2018). It is a unique metabolic performance drink that improves athletic training, recovery, and metabolism. Id. Plaintiff advertises the HVMN Ketone drink specifically for "any athlete dedicated to achieving ambitious goals." Id. The consumption of the drink elevates an athlete's blood ketone levels for three (3) to six (6) hours to enhance athletic performance. Id.

9.     HVMN is the exclusive owner of all rights, title, and interest in and to various federal trademark registrations and applications, including U.S. Trademark Registration No. 5,361,363 for the mark HVMN, which is registered in connection with the following goods:

- **Class 05:** Dietary and nutritional supplements; dietary and nutritional supplements containing ketones; liquid protein supplements, namely, ketogenic protein supplement shakes and drinks; nutritional supplements energy bars; nutritional supplements in the form of energy gels, pastes and chews.

- **Class 30:** Cereal based energy bars; candy.

- **Class 32:** Sports performance drinks.

(the "HVMN Mark"). A true and correct copy of Plaintiff's Certificate of Registration and current status printouts from the United States Patent and Trademark Office's Trademark Status and Document Retrieval system are attached hereto as Exhibit A. This registration is valid, subsisting, and conclusive evidence of HVMN's exclusive right to use the HVMN Mark in commerce in connection with the registered goods (the "Goods") and for those goods within the zone of natural expansion.

10. As evidenced by the U.S. Patent and Trademark Office's ("USPTO") issuance of Registration No. 5,361,363, the HVMN Mark is inherently distinctive.

11. Since at least June 27, 2017, Plaintiff has continuously used the HVMN Mark on or in connection with the Goods in the United States. Through extensive and continuous use, marketing, and advertising of the HVMN Mark, the HVMN Mark has acquired substantial goodwill and trademark distinctiveness in the minds of the relevant trade and public as an indicator of a single source for the Goods.

12. As a result of this longstanding, exclusive, and continuous marketing, promotion, advertisement, and sale of products under the HVMN Mark, the relevant trade and the public have come to immediately associate the HVMN Mark with Plaintiff and to expect goods bearing the HVMN Mark to have a connection or association with Plaintiff.

13. Plaintiff has vigilantly policed and enforced its exclusive rights so as to prevent unauthorized use of the HVMN Mark by competitors.

**Defendant's Business and Trademarks**

14. Upon information and belief, Defendant's business, in stark contrast to Plaintiff's business, develops and manufactures *Nitric Oxide* functional foods and supplements. *About Us*, HUMANN, <https://www.humann.com/why-humann/> (last accessed Sept. 6, 2018). According to Defendant's website "Nitric Oxide (N-O) is a gas composed of one atom of nitrogen bonded to one atom of oxygen. It serves as a critical signaling molecule in the *cardiovascular and circulatory systems*." *What is Nitric Oxide (N-O)?*, HUMANN, <https://www.humann.com/science-overview/how-nitric-oxide-works/> (last accessed Sept. 6, 2018) (emphasis added). Defendant's Nitric Oxide products are primarily geared towards consumers who are "the age of 40 and beyond," as that is when the human "body's natural Nitric Oxide levels begin and then continue to fall." *Our Philosophy*, HUMANN, <https://www.humann.com/why-humann/our-philosophy/> (last accessed Sept. 6, 2018). Defendant's Nitric Oxide products are for the ultimate purpose of "help[ing] the body to promote optimal N-O

function." Id. The company touts itself as the best qualified Nitric Oxide company, stating: "there is no other company more committed, or qualified, to bring the best N-O functional foods and supplements to every human . . . ." *About Us*, HUMANN, <https://www.humann.com/why-humann/> (last accessed Sept. 6, 2018).

15.    Upon information and belief, Defendant is the exclusive owner of all rights, title, and interest in and to, *inter alia*, the following trademark registrations:

- U.S. Trademark Registration No. 5,355,870 for the mark human$^n$ in connection with the following goods (the "HPNC Design Mark"):

  - Class 5: Pharmaceuticals, health and wellness products, namely, nutraceuticals for use as dietary supplements, dietetic and functional foods and beverages adapted for medical purposes; dietary and nutritional supplements; herbal supplements; vitamin and mineral supplements; dietary supplements for weight-loss or energy boosting in the nature of powders, tablets, capsules. lozenges, and nutritional supplement meal replacement bars for boosting energy, and immunity boosting nutritional supplements.

  - Class 29: Processed meats and processed foods, namely, preserved, dried, and cooked fruits and vegetables; jellies and jams.

  - Class 32: Fruit and vegetable beverages, instant fruit and vegetable flavored drinks, soft drinks, and other preparations in liquid or powder form for making nonalcoholic fruit, vegetable, herbal, and cola beverages.

- U.S. Trademark Registration No. 5,351,133 for the mark HUMANN in connection with the following goods (the "HPNC Word Mark"):

  - Class 5: Pharmaceuticals in the nature of health and wellness products, namely, nutraceuticals for use as dietary supplements, dietetic and functional foods, namely, bars, powders, tablets, gummies, chews, and capsules containing combinations of protein, fruits, vegetables, grains, amino acids, minerals, nutrients and vitamins; beverages, namely, ready to drink and powdered drink mixes containing combinations of protein,

fruits, vegetables, grains, amino acids, fortified with mineral, nutrients, and vitamins.

- Class 29: Meats and Processed Foods in the nature of preserved, dried and cooked fruits and vegetable; jellies and jams.

- Class 32: Light Beverages in the nature of instant flavored drinks, namely, fruit, grain, and vegetable juices and soft drinks; preparations in liquid or powder form for making non-alcoholic fruit, vegetable, herbal, and cola beverages, namely, fruit, grain, and vegetable juices and combinations thereof.

(collectively, the "HPNC Marks"). A true and correct copy of Defendant's Certificates of Registration and current status printouts from the USPTO's Trademark Status and Document Retrieval system are attached hereto as Exhibit B.

16.    Upon information and belief, Defendant made sworn statements to the USPTO that it has been using the HPNC Marks in connection with the Goods since at least as early as June 2016. See Trademark Statements of Use submitted by Defendant to the USPTO in connection with the HPNC Marks attached hereto as Exhibit C. However, on or about August 28, 2018, in a deposition taken pertaining to the Cancellation Action (defined below), Defendant conceded that it has not used the HPNC Word Mark and/or the HPNC Design Mark in commerce in connection with the following *registered* goods: (i) bars; (ii) gummies; (iii) chews; (iv) any form of liquid beverages; (v) meats and processed foods in the nature of preserved, dried and cooked fruits and vegetables; and (vi) jellies or jams. See excerpt from the deposition transcript of Kelly Harrelson, pp. 70-72 attached hereto as Exhibit D. The USPTO records indicate that Defendant has not filed any post-registration amendment to remove these goods from the identifications of goods or to correct the false statements sworn to the USPTO.

**COMPLAINT**

**Defendant's Cancellation Action and Threats**

17.     The USPTO Examining Attorney assigned to review Plaintiff's HVMN Mark during its application phase permitted the application to register without any likelihood of confusion citation, thus finding the HVMN Mark to be unique and distinctive *from any other mark on the trademark register*. The Examining Attorney never cited Defendant's HPNC Marks as an issue – or any other mark for that matter.

18.     Yet, on or around December 29, 2017, Defendant filed a Petition to Cancel Plaintiff's U.S. Trademark Registration No. 5,361,363 for the HVMN mark with the USPTO's Trademark Trial and Appeal Board ("TTAB") (the "Cancellation Action"). In this Petition, Defendant challenged Plaintiff's rights to the HVMN Mark, alleging a priority of use and a likelihood of confusion with the HPNC Marks. See a true and correct copy of the Petition for Cancellation (proceeding no. 92067643) filed by Defendant with the TTAB attached hereto as Exhibit E. Defendant alleges in its Petition for Cancellation that: (i) "[Defendant] began using the HUMANN mark in interstate commerce over a year before [Plaintiff's] first use in interstate commerce;" and (ii) the marks are similar in appearance, connotation, commercial appearance, the goods, and channels of trade to cause confusion in the marketplace. Id.

19.     On or about August 28, 2018, Plaintiff conducted a deposition of Bril Flint, the Chief Technology and Supply Chain Officer at Human Power of N Company, in connection with the Cancellation Action. During the deposition, Defendant outwardly represented to Plaintiff's counsel that it views Plaintiff's use of the HVMN Mark as trademark infringement. See excerpt from deposition transcript of Bril Flint, p. 52 attached hereto as Exhibit F.

20.     During the deposition, Defendant further threatened the possibility of filing and pursuing a trademark infringement lawsuit against Plaintiff. See id. Specifically, when asked by Plaintiff's counsel "[i]s there [a] reason why you haven't sued HVMN," Mr. Flint responded "[t]hat possibility remains open." Id.

21.    On or about September 5, 2018, Defendant's counsel in the Cancellation Action communicated to Plaintiff's counsel that the dispute with Defendant regarding the HVMN Mark will not be resolved unless and until HVMN "abandon[s] its registration and change[s] its name to a mark that is not confusingly similar to my client's trademark for Humann." See email correspondence from Defendant's counsel attached hereto as Exhibit G.

22.    Based on the foregoing, there is an actual controversy between the parties. Defendant's Petition for Cancellation, threats, and unreasonable demands are of immediate concern to Plaintiff as its business, brand, reputation, and investments are all at stake because of Defendant's actions.

## COUNT I

## DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARKS

## (15 U.S.C. § 1051 et seq.)

23.    The allegations of paragraphs 1 through 22 are incorporated herein by reference as though fully set forth herein.

24.    Defendant alleges in its Petition for Cancellation that: (i) "[Defendant] began using the HUMANN mark in interstate commerce over a year before [Plaintiff's] first use in interstate commerce;" and (ii) the marks are similar in appearance, connotation, commercial appearance, the goods, and channels of trade to cause confusion in the marketplace.

25.    Plaintiff does not contest that Defendant began using the "HUMANN mark" in 2016. Plaintiff does not use the "HUMANN mark" as its mark is comprised of the term "HVMN."

26.    Plaintiff's HVMN Mark and the HPNC Marks are distinctive in terms of appearance, connotation, commercial appearance, the goods, and channels of trade.

27.    As a result, there is no likelihood of confusion based on Plaintiff's use of its HVMN Mark. Notwithstanding the lack of confusion, Defendant has claimed that

Plaintiff's HVMN Mark constitutes trademark infringement, and has threatened to bring a lawsuit against Plaintiff on this basis. Defendant has also indicated that this dispute cannot be resolved unless HVMN abandons its trademark registration for the HVMN Mark and change its company name. Such a demand threatens the viability of Plaintiffs business, brand, reputation, and investments.

28.    An actual, present, and justiciable controversy has arisen between Plaintiff and Defendant concerning Plaintiff's rights to the HVMN Mark.

29.    The substantial controversy between the parties warrants relief declaring the rights and liabilities of the parties pursuant to 28 U.S.C. § 2201, and declaring and finding that Plaintiff has not infringed Defendant's registrations for the HPNC Marks and that Defendant has no right to exclude or prohibit Plaintiff from using or registering its HVMN Mark in connection with the HVMN Goods and for those goods within the zone of natural expansion.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff PRAYS FOR RELIEF for an Order and Judgment against Defendant as follows:

A.    Judgment be entered in favor of Plaintiff against Defendant as to the above Count;

B.    A declaratory judgment that Plaintiff's HVMN Mark does not infringe Defendant's HPNC Marks;

C.    A declaratory judgment that Defendant has no right to exclude or prohibit Plaintiff from using or registering its HVMN Mark in connection with the HVMN Goods and for those goods within the zone of natural expansion;

D.    Defendant be ordered to pay costs of this action, including attorneys' fees incurred by Plaintiff in connection with this lawsuit; and

E.    Such other and further relief as this Court deems just and proper.

1

## **DEMAND FOR JURY TRIAL**

2

Pursuant to Federal Rule of Civil Procedure 38 and Civil Local Rule 3-6,

3

Plaintiff hereby demands a jury trial on all issues so triable.

4

5

DATED: September 10, 2018                    **BLANK ROME LLP**

6

7

By: /s/ Jessica A. McElroy
Jeffrey Rosenfeld

8

Jessica A. McElroy
Attorneys for Plaintiff

9

HVMN Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**

# <u>EXHIBIT A</u>

**Generated on:** This page was generated by TSDR on 2018-09-06 16:11:53 EDT

**Mark:** HVMN

# HVMN

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87351512 | **Application Filing Date:** | Feb. 27, 2017 |
| **US Registration Number:** | 5361363 | **Registration Date:** | Dec. 19, 2017 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**Status:** A cancellation proceeding is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Jan. 04, 2018

**Publication Date:** Aug. 15, 2017                **Notice of Allowance Date:** Oct. 10, 2017

---

## Mark Information

**Mark Literal Elements:** HVMN

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

---

## Related Properties Information

**International Registration Number:** 1352823

**International Application(s) /Registration(s) Based on this Property:** A0065596/1352823

---

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Sports performance drinks

| | | | |
|---|---|---|---|
| **International Class(es):** | 032 - Primary Class | **U.S Class(es):** | 045, 046, 048 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 27, 2017 | **Use in Commerce:** | Jun. 27, 2017 |

**For:** Cereal based energy bars; candy

| | | | |
|---|---|---|---|
| **International Class(es):** | 030 - Primary Class | **U.S Class(es):** | 046 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |

| | | |
|---|---|---|
| **First Use:** Jun. 27, 2017 | | **Use in Commerce:** Jun. 27, 2017 |

| | |
|---|---|
| **For:** | Dietary and nutritional supplements; dietary and nutritional supplements containing ketones; liquid protein supplements, namely, ketogenic protein supplement shakes and drinks; nutritional supplements energy bars; nutritional supplements in the form of energy gels, pastes and chews |
| **International Class(es):** | 005 - Primary Class   **U.S Class(es):** 006, 018, 044, 046, 051, 052 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Jun. 27, 2017   **Use in Commerce:** Jun. 27, 2017 |

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | HVMN INC. |
| **Owner Address:** | 505 MONTGOMERY STREET<br>SUITE 1025<br>SAN FRANCISCO, CALIFORNIA 94111<br>UNITED STATES |
| **Legal Entity Type:** | CORPORATION   **State or Country Where Organized:** DELAWARE |

# Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Zachary A. Aria   **Docket Number:** 144119-00101 |
| **Attorney Primary Email Address:** | aria@blankrome.com   **Attorney Email Authorized:** Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | ZACHARY A ARIA<br>BLANK ROME LLP<br>ONE LOGAN SQUARE<br>PHILADELPHIA, PENNSYLVANIA 19103<br>UNITED STATES |
| **Phone:** 215-569-5347 | **Fax:** 215-832-5347 |
| **Correspondent e-mail:** aria@blankrome.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 04, 2018 | CANCELLATION INSTITUTED NO. 999999 | 67643 |
| Dec. 19, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 17, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Nov. 16, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Nov. 09, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 66230 |
| Oct. 24, 2017 | USE AMENDMENT FILED | 66230 |
| Nov. 07, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66230 |
| Oct. 24, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| Oct. 10, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |

| | | |
|---|---|---|
| Aug. 15, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 15, 2017 | PUBLISHED FOR OPPOSITION | |
| Jul. 26, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 19, 2017 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jul. 03, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 28, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 70138 |
| Jun. 28, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70138 |
| Jun. 25, 2017 | ASSIGNED TO LIE | 70138 |
| May 26, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 22, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 22, 2017 | NON-FINAL ACTION E-MAILED | 6325 |
| May 22, 2017 | NON-FINAL ACTION WRITTEN | 81852 |
| May 22, 2017 | ASSIGNED TO EXAMINER | 81852 |
| Mar. 07, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Mar. 02, 2017 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| Current Location: PUBLICATION AND ISSUE SECTION | Date in Location: Nov. 16, 2017 |

# Assignment Abstract Of Title Information

| | |
|---|---|
| **Summary** | |
| Total Assignments: 1 | Registrant: HVMN INC. |
| **Assignment 1 of 1** | |
| Conveyance: CHANGE OF NAME | |
| Reel/Frame: 6102/0139 | Pages: 5 |
| Date Recorded: Jul. 10, 2017 | |
| Supporting Documents: assignment-tm-6102-0139.pdf | |
| **Assignor** | |
| Name: NOOTROBOX, INC. | Execution Date: Jun. 26, 2017 |
| Legal Entity Type: CORPORATION | State or Country Where Organized: No Place Where Organized Found |
| **Assignee** | |
| Name: HVMN INC. | State or Country Where Organized: DELAWARE |
| Legal Entity Type: CORPORATION | |
| Address: 505 MONTGOMERY STREET SUITE 1025 SAN FRANCISCO, CALIFORNIA 94111 | |
| **Correspondent** | |
| Correspondent Name: ZACHARY A. ARIA | |
| Correspondent Address: BLANK ROME LLP ONE LOGAN SQUARE, 8TH FLOOR PHILADELPHIA, PA 19103 | |
| **Domestic Representative - Not Found** | |

# Proceedings

| | |
|---|---|
| **Summary** | |
| Number of Proceedings: 1 | |
| **Type of Proceeding: Cancellation** | |
| Proceeding 92067643 | Filing Date: Dec 29, 2017 |

**Number:** _____

**Status:** Pending                                              **Status Date:** Dec 29, 2017

**Interlocutory Attorney:** WENDY COHEN

| Defendant |
|---|

**Name:** HVMN Inc.

**Correspondent Address:** ZACHARY A ARIA
BLANK ROME LLP
ONE LOGAN SQUARE
PHILADELPHIA PA , 19103
UNITED STATES

**Correspondent e-mail:** aria@blankrome.com , saryani-sabet@blankrome.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| HVMN | Cancellation Pending | 87351512 | 5361363 |

| Plaintiff(s) |
|---|

**Name:** Human Power of N Company

**Correspondent Address:** STEVEN D SMIT
GRAVES DOUGHERTY HEARON & MOODY PC
401 CONGRESS AVENUE SUITE 2200
AUSTIN TX , 78701
UNITED STATES

**Correspondent e-mail:** trademarks@gdhm.com , ssmit@gdhm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| HUMANN | Registered | 86860810 | 5351133 |
| HUMAN N | Registered | 87024417 | 5355870 |

| Prosecution History | | | |
|---|---|---|---|
| Entry Number | History Text | Date | Due Date |
| 1 | FILED AND FEE | Dec 29, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 04, 2018 | Feb 13, 2018 |
| 3 | PENDING, INSTITUTED | Jan 04, 2018 | |
| 4 | ANSWER | Feb 06, 2018 | |
| 5 | P DISCL OF WITNESS WHO MAY OFFER TEST | Aug 13, 2018 | |
| 6 | D MOTION | Aug 13, 2018 | |

# United States of America

## United States Patent and Trademark Office

# HVMN

**Reg. No. 5,361,363**

**Registered Dec. 19, 2017**

**Int. Cl.: 5, 30, 32**

**Trademark**

**Principal Register**

HVMN INC. (DELAWARE CORPORATION)
505 Montgomery Street
Suite 1025
San Francisco, CALIFORNIA 94111

CLASS 5: Dietary and nutritional supplements; dietary and nutritional supplements containing ketones; liquid protein supplements, namely, ketogenic protein supplement shakes and drinks; nutritional supplements energy bars; nutritional supplements in the form of energy gels, pastes and chews

FIRST USE 6-27-2017; IN COMMERCE 6-27-2017

CLASS 30: Cereal based energy bars; candy

FIRST USE 6-27-2017; IN COMMERCE 6-27-2017

CLASS 32: Sports performance drinks

FIRST USE 6-27-2017; IN COMMERCE 6-27-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-351,512, FILED 02-27-2017



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h**ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT B

**Generated on:** This page was generated by TSDR on 2018-09-06 17:52:26 EDT

**Mark:** HUMANN

# HUMANN

| | |
|---|---|
| **US Serial Number:** 86860810 | **Application Filing Date:** Dec. 29, 2015 |
| **US Registration Number:** 5351133 | **Registration Date:** Dec. 05, 2017 |
| **Filed as TEAS RF:** Yes | **Currently TEAS RF:** Yes |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Dec. 05, 2017

**Publication Date:** Nov. 01, 2016

**Notice of Allowance Date:** Dec. 27, 2016

## Mark Information

**Mark Literal Elements:** HUMANN

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Light Beverages in the nature of instant flavored drinks, namely, fruit, grain, and vegetable juices and soft drinks; preparations in liquid or powder form for making non-alcoholic fruit, vegetable, herbal, and cola beverages, namely, fruit, grain, and vegetable juices and combinations thereof

| | | | |
|---|---|---|---|
| **International Class(es):** | 032 - Primary Class | **U.S Class(es):** | 045, 046, 048 |

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 01, 2016    **Use in Commerce:** Nov. 09, 2016

**For:** Meats and Processed Foods in the nature of preserved, dried and cooked fruits and vegetable; jellies and jams

| | | | |
|---|---|---|---|
| **International Class(es):** | 029 - Primary Class | **U.S Class(es):** | 046 |

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 01, 2016    **Use in Commerce:** Nov. 09, 2016

**For:** Pharmaceuticals in the nature of health and wellness products, namely, nutraceuticals for use as dietary supplements, dietetic and functional foods, namely, bars, powders, tablets, gummies, chews, and capsules containing combinations of protein, fruits, vegetables, grains, amino acids, minerals, nutrients and vitamins; beverages, namely, ready to drink and powdered drink mixes containing combinations of protein, fruits, vegetables, grains, amino acids, fortified with mineral, nutrients, and vitamins

| **International Class(es):** | 005 - Primary Class | **U.S Class(es):** | 006, 018, 044, 046, 051, 052 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(a)

| **First Use:** | Jun. 01, 2016 | **Use in Commerce:** | Jun. 01, 2016 |
|---|---|---|---|

## Basis Information (Case Level)

| **Filed Use:** | No | **Currently Use:** | Yes | **Amended Use:** | No |
|---|---|---|---|---|---|
| **Filed ITU:** | Yes | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** HUMAN POWER OF N COMPANY

**Owner Address:** 1120 S CAPITAL OF TEXAS HWY
BLDG 1 SUITE 210
AUSTIN, TEXAS UNITED STATES 78746

| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized** | TEXAS |
|---|---|---|---|

## Attorney/Correspondence Information

### Attorney of Record

| **Attorney Name:** | Steven D. Smit | **Docket Number:** | A13805.12 |
|---|---|---|---|
| **Attorney Primary Email Address:** | trademarks@gdhm.com | **Attorney Email Authorized:** | Yes |

### Correspondent

**Correspondent Name/Address:** STEVEN D. SMIT
GRAVES, DOUGHERTY, HEARON, & MOODY P.C.
401 CONGRESS AVENUE SUITE 2200
AUSTIN, TEXAS UNITED STATES 78701

| **Phone:** | 512.480.4653 | **Fax:** | 512.480.5853 |
|---|---|---|---|
| **Correspondent e-mail:** | trademarks@gdhm.com ssmit@gdhm.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 31, 2018 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jan. 10, 2018 | POST REGISTRATION ACTION MAILED NO RESPONSE REQUIRED | 71378 |
| Jan. 08, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 71378 |
| Dec. 12, 2017 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Dec. 05, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 28, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Oct. 27, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Oct. 24, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68171 |
| Oct. 24, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68171 |
| Oct. 17, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 27, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 27, 2017 | NON-FINAL ACTION E-MAILED | |
| Apr. 27, 2017 | SU - NON-FINAL ACTION - WRITTEN | 81095 |
| Apr. 15, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 71034 |

| Jan. 18, 2017 | USE AMENDMENT FILED | 71034 |
| Mar. 22, 2017 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Feb. 06, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71034 |
| Jan. 18, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| Dec. 27, 2016 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Nov. 01, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 01, 2016 | PUBLISHED FOR OPPOSITION | |
| Oct. 12, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 27, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68171 |
| Sep. 21, 2016 | ASSIGNED TO LIE | 68171 |
| Sep. 06, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 13, 2016 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Jun. 21, 2016 | WITHDRAWN FROM PUB - OG REVIEW QUERY | 99910 |
| Jun. 04, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 04, 2016 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jun. 04, 2016 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 04, 2016 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 04, 2016 | EXAMINERS AMENDMENT -WRITTEN | 81095 |
| Jun. 01, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| May 31, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| May 31, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 19, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 19, 2016 | NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 19, 2016 | NON-FINAL ACTION WRITTEN | 81095 |
| Apr. 14, 2016 | ASSIGNED TO EXAMINER | 81095 |
| Jan. 09, 2016 | NOTICE OF PSEUDO MARK E-MAILED | |
| Jan. 08, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jan. 01, 2016 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| TM Staff Information - None | |
| --- | --- |
| **File Location** | |
| Current Location: TMEG LAW OFFICE 105 | Date in Location: Jan. 10, 2018 |

# Assignment Abstract Of Title Information

| Summary | |
| --- | --- |
| **Total Assignments:** 2 | **Registrant:** HUMAN POWER OF N COMPANY, INC. |

## Assignment 1 of 2

| Conveyance: | ASSIGNS THE ENTIRE INTEREST | | |
| --- | --- | --- | --- |
| Reel/Frame: | 6009/0115 | Pages: | 2 |
| Date Recorded: | Mar. 09, 2017 | | |
| Supporting Documents: | assignment-tm-6009-0115.pdf | | |

| Assignor | |
| --- | --- |
| Name: NEOGENIS LABORATORIES, INC | Execution Date: Apr. 20, 2016 |
| Legal Entity Type: CORPORATION | State or Country Where Organized: TEXAS |

| Assignee | |
| --- | --- |
| Name: HUMAN POWER OF N COMPANY, INC. | |
| Legal Entity Type: CORPORATION | State or Country Where Organized: TEXAS |
| Address: 1120 S. CAPITAL OF TEXAS HWY BUILDING 1, SUITE 210 AUSITN, TEXAS 78746 | |

| Correspondent | |
|---|---|
| Correspondent Name: | STEVEN D. SMIT |
| Correspondent Address: | 401 CONGRESS AVENUE, SUITE 2200 AUSTIN, TX 78701 |

**Domestic Representative - Not Found**

### Assignment 2 of 2

| | | | |
|---|---|---|---|
| Conveyance: | CHANGE OF NAME | | |
| Reel/Frame: | 6247/0502 | Pages: | 4 |
| Date Recorded: | Jan. 11, 2018 | | |
| Supporting Documents: | assignment-tm-6247-0502.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | HUMAN POWER OF N COMPANY, INC. | Execution Date: | Jan. 11, 2018 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | TEXAS |
| DBA, AKA, TA, Formerly: | FORMERLY NEOGENIS LABORATORIES | | |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | HUMAN POWER OF N COMPANY | State or Country Where Organized: | TEXAS |
| Legal Entity Type: | CORPORATION | | |
| Address: | 1120 S CAPITAL OF TEXAS HWY BLDG 1 SUITE 210 AUSTIN, TEXAS 78746 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | STEVEN D. SMIT/GRAVES, DOUGHERTY, HEARON |
| Correspondent Address: | 401 CONGRESS AVENUE SUITE 2200 AUSTIN, TX 78701 |

**Domestic Representative - Not Found**

# Proceedings

**Summary**

| | |
|---|---|
| Number of Proceedings: | 1 |

### Type of Proceeding: Cancellation

| | | | |
|---|---|---|---|
| Proceeding Number: | 92067643 | Filing Date: | Dec 29, 2017 |
| Status: | Pending | Status Date: | Dec 29, 2017 |
| Interlocutory Attorney: | WENDY COHEN | | |

**Defendant**

| | |
|---|---|
| Name: | HVMN Inc. |
| Correspondent Address: | ZACHARY A ARIA BLANK ROME LLP ONE LOGAN SQUARE PHILADELPHIA PA UNITED STATES , 19103 |
| Correspondent e-mail: | aria@blankrome.com , saryani-sabet@blankrome.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| HVMN | Cancellation Pending | 87351512 | 5361363 |

**Plaintiff(s)**

| | |
|---|---|
| Name: | Human Power of N Company |

**Correspondent Address:** STEVEN D SMIT
GRAVES DOUGHERTY HEARON & MOODY PC
401 CONGRESS AVENUE SUITE 2200
AUSTIN TX UNITED STATES , 78701

**Correspondent e-mail:** trademarks@gdhm.com , ssmit@gdhm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| HUMANN | Registered | 86860810 | 5351133 |
| HUMAN N | Registered | 87024417 | 5355870 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Dec 29, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 04, 2018 | Feb 13, 2018 |
| 3 | PENDING, INSTITUTED | Jan 04, 2018 | |
| 4 | ANSWER | Feb 06, 2018 | |
| 5 | P DISCL OF WITNESS WHO MAY OFFER TEST | Aug 13, 2018 | |
| 6 | D MOTION | Aug 13, 2018 | |

# United States of America

## United States Patent and Trademark Office

# HUMANN

**Reg. No. 5,351,133**

**Registered Dec. 05, 2017**

**Int. Cl.: 5, 29, 32**

**Trademark**

**Principal Register**

HUMAN POWER OF N COMPANY, INC. (TEXAS CORPORATION)
1120 S. Capital Of Texas Hwy
Building 1, Suite 210
Ausitn, TEXAS 78746

CLASS 5: Pharmaceuticals in the nature of health and wellness products, namely, nutraceuticals for use as dietary supplements, dietetic and functional foods, namely, bars, powders, tablets, gummies, chews, and capsules containing combinations of protein, fruits, vegetables, grains, amino acids, minerals, nutrients and vitamins; beverages, namely, ready to drink and powdered drink mixes containing combinations of protein, fruits, vegetables, grains, amino acids, fortified with mineral, nutrients, and vitamins

FIRST USE 6-1-2016; IN COMMERCE 6-1-2016

CLASS 29: Meats and Processed Foods in the nature of preserved, dried and cooked fruits and vegetable; jellies and jams

FIRST USE 6-1-2016; IN COMMERCE 11-9-2016

CLASS 32: Light Beverages in the nature of instant flavored drinks, namely, fruit, grain, and vegetable juices and soft drinks; preparations in liquid or powder form for making non-alcoholic fruit, vegetable, herbal, and cola beverages, namely, fruit, grain, and vegetable juices and combinations thereof

FIRST USE 6-1-2016; IN COMMERCE 11-9-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-860,810, FILED 12-29-2015



Joseph Matol

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2018-09-06 17:53:22 EDT

**Mark:** HUMAN N

human$^n$

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87024417 | **Application Filing Date:** | May 04, 2016 |
| **US Registration Number:** | 5355870 | **Registration Date:** | Dec. 12, 2017 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Dec. 12, 2017 | | |
| **Publication Date:** | Feb. 28, 2017 | **Notice of Allowance Date:** | Apr. 25, 2017 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | HUMAN N |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of the word "human" with an additional raised "n" at the end. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 24.17.25 - Biohazard symbol; Degree sign (°); Equal sign (=); Pound sign (#); Handicapped symbol; Hazardous materials symbol; Less than symbol < (mathematical); Greater than symbol > (mathematical) |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Fruit and vegetable beverages, instant fruit and vegetable flavored drinks, soft drinks, and other preparations in liquid or powder form for making nonalcoholic fruit, vegetable, herbal, and cola beverages | | |
| **International Class(es):** | 032 - Primary Class | **U.S Class(es):** | 045, 046, 048 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 01, 2016 | **Use in Commerce:** | Jun. 01, 2016 |

| | | | |
|---|---|---|---|
| **For:** | Processed meats and processed foods, namely, preserved, dried, and cooked fruits and vegetables; jellies and jams | | |
| **International Class(es):** | 029 - Primary Class | **U.S Class(es):** | 046 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 01, 2016 | **Use in Commerce:** | Jun. 25, 2016 |

| | | | |
|---|---|---|---|
| **For:** | Pharmaceuticals, health and wellness products, namely, nutraceuticals for use as dietary supplements, dietetic and functional foods and beverages adapted for medical purposes; dietary and nutritional supplements; herbal supplements; vitamin and mineral supplements; dietary supplements for weight-loss or energy boosting in the nature of powders, tablets, capsules. lozenges, and nutritional supplement meal replacement bars for boosting energy, and immunity boosting nutritional supplements | | |
| **International** | 005 - Primary Class | **U.S Class(es):** | 006, 018, 044, 046, 051, 052 |

| | | | |
|---|---|---|---|
| **Class(es):** | | | |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 01, 2016 | **Use in Commerce:** | Jun. 25, 2016 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | HUMAN POWER OF N COMPANY |
| **Owner Address:** | 1120 S CAPITAL OF TEXAS HWY<br>BLDG 1 SUITE 210<br>AUSTIN, TEXAS 78746<br>UNITED STATES |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized** | TEXAS |

## Attorney/Correspondence Information

| | | | |
|---|---|---|---|
| **Attorney of Record** | | | |
| **Attorney Name:** | Steven D. Smit | **Docket Number:** | A13805.12 |
| **Attorney Primary Email Address:** | trademarks@gdhm.com | **Attorney Email Authorized:** | Yes |
| **Correspondent** | | | |
| **Correspondent Name/Address:** | STEVEN D. SMIT<br>GRAVES, DOUGHERTY, HEARON, & MOODY P.C.<br>401 CONGRESS AVENUE SUITE 2200<br>AUSTIN, TEXAS 78701<br>UNITED STATES | | |
| **Phone:** | 512.480.5600 | **Fax:** | 512.480.5853 |
| **Correspondent e-mail:** | trademarks@gdhm.com ssmit@gdhm.com | **Correspondent e-mail Authorized:** | Yes |
| **Domestic Representative - Not Found** | | | |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 31, 2018 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Dec. 12, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 07, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Nov. 05, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Oct. 03, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 65362 |
| Sep. 19, 2017 | USE AMENDMENT FILED | 65362 |
| Sep. 28, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 65362 |
| Sep. 19, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| Apr. 25, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 22, 2017 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Feb. 28, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 28, 2017 | PUBLISHED FOR OPPOSITION | |
| Feb. 08, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 23, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |

| | | |
|---|---|---|
| Jan. 20, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jan. 20, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jan. 20, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Aug. 21, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Aug. 21, 2016 | NON-FINAL ACTION E-MAILED | 6325 |
| Aug. 21, 2016 | NON-FINAL ACTION WRITTEN | 69965 |
| Aug. 19, 2016 | ASSIGNED TO EXAMINER | 69965 |
| May 09, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| May 07, 2016 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| TM Staff Information - None |
|---|
| **File Location** |

| | |
|---|---|
| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Nov. 05, 2017 |

# Assignment Abstract Of Title Information

| Summary | |
|---|---|
| **Total Assignments:** 2 | **Registrant:** HUMAN POWER OF N COMPANY, INC. |

## Assignment 1 of 2

| | | | |
|---|---|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST | | |
| Reel/Frame: | 6009/0115 | Pages: | 2 |
| Date Recorded: | Mar. 09, 2017 | | |
| Supporting Documents: | assignment-tm-6009-0115.pdf | | |

| Assignor | |
|---|---|
| **Name:** NEOGENIS LABORATORIES, INC | **Execution Date:** Apr. 20, 2016 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** TEXAS |

| Assignee | |
|---|---|
| **Name:** HUMAN POWER OF N COMPANY, INC. | |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** TEXAS |
| **Address:** 1120 S. CAPITAL OF TEXAS HWY BUILDING 1, SUITE 210 AUSITN, TEXAS 78746 | |

| Correspondent |
|---|
| **Correspondent Name:** STEVEN D. SMIT |
| **Correspondent Address:** 401 CONGRESS AVENUE, SUITE 2200 AUSTIN, TX 78701 |

| Domestic Representative - Not Found |
|---|

## Assignment 2 of 2

| | | | |
|---|---|---|---|
| Conveyance: | CHANGE OF NAME | | |
| Reel/Frame: | 6247/0502 | Pages: | 4 |
| Date Recorded: | Jan. 11, 2018 | | |
| Supporting Documents: | assignment-tm-6247-0502.pdf | | |

| Assignor | |
|---|---|
| **Name:** HUMAN POWER OF N COMPANY, INC. | **Execution Date:** Jan. 11, 2018 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** TEXAS |
| **DBA, AKA, TA, Formerly:** FORMERLY NEOGENIS LABORATORIES | |

| Assignee |
|---|

| | |
|---|---|
| **Name:** | HUMAN POWER OF N COMPANY |
| **Legal Entity Type:** | CORPORATION |
| **Address:** | 1120 S CAPITAL OF TEXAS HWY<br>BLDG 1 SUITE 210<br>AUSTIN, TEXAS 78746 |

**State or Country Where Organized:** TEXAS

| Correspondent | |
|---|---|
| **Correspondent Name:** | STEVEN D. SMIT/GRAVES, DOUGHERTY, HEARON |
| **Correspondent Address:** | 401 CONGRESS AVENUE<br>SUITE 2200<br>AUSTIN, TX 78701 |

| Domestic Representative - Not Found |
|---|

# Proceedings

| Summary | |
|---|---|
| **Number of Proceedings:** | 1 |

| Type of Proceeding: Cancellation | |
|---|---|
| **Proceeding Number:** | 92067643 |
| **Status:** | Pending |
| **Interlocutory Attorney:** | WENDY COHEN |

**Filing Date:** Dec 29, 2017
**Status Date:** Dec 29, 2017

| Defendant | |
|---|---|
| **Name:** | HVMN Inc. |
| **Correspondent Address:** | ZACHARY A ARIA<br>BLANK ROME LLP<br>ONE LOGAN SQUARE<br>PHILADELPHIA PA , 19103<br>UNITED STATES |
| **Correspondent e-mail:** | aria@blankrome.com , saryani-sabet@blankrome.com |

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| HVMN | Cancellation Pending | 87351512 | 5361363 |

| Plaintiff(s) | |
|---|---|
| **Name:** | Human Power of N Company |
| **Correspondent Address:** | STEVEN D SMIT<br>GRAVES DOUGHERTY HEARON & MOODY PC<br>401 CONGRESS AVENUE SUITE 2200<br>AUSTIN TX , 78701<br>UNITED STATES |
| **Correspondent e-mail:** | trademarks@gdhm.com , ssmit@gdhm.com |

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| HUMANN | Registered | 86860810 | 5351133 |
| HUMAN N | Registered | 87024417 | 5355870 |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 1 | FILED AND FEE | Dec 29, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 04, 2018 | Feb 13, 2018 |
| 3 | PENDING, INSTITUTED | Jan 04, 2018 | |
| 4 | ANSWER | Feb 06, 2018 | |
| 5 | P DISCL OF WITNESS WHO MAY OFFER TEST | Aug 13, 2018 | |
| 6 | D MOTION | Aug 13, 2018 | |

# United States of America

## United States Patent and Trademark Office

# human<sup>n</sup>

**Reg. No. 5,355,870**

**Registered Dec. 12, 2017**

**Int. Cl.: 5, 29, 32**

**Trademark**

**Principal Register**

HUMAN POWER OF N COMPANY, INC. (TEXAS CORPORATION)
Bldg 1, Suite 210
1120 S. Capital Of Tx Hwy, Bld 1 Ste 210
Ausitn, TEXAS 78746

CLASS 5: Pharmaceuticals, health and wellness products, namely, nutraceuticals for use as dietary supplements, dietetic and functional foods and beverages adapted for medical purposes; dietary and nutritional supplements; herbal supplements; vitamin and mineral supplements; dietary supplements for weight-loss or energy boosting in the nature of powders, tablets, capsules. lozenges, and nutritional supplement meal replacement bars for boosting energy, and immunity boosting nutritional supplements

FIRST USE 6-1-2016; IN COMMERCE 6-25-2016

CLASS 29: Processed meats and processed foods, namely, preserved, dried, and cooked fruits and vegetables; jellies and jams

FIRST USE 6-1-2016; IN COMMERCE 6-25-2016

CLASS 32: Fruit and vegetable beverages, instant fruit and vegetable flavored drinks, soft drinks, and other preparations in liquid or powder form for making nonalcoholic fruit, vegetable, herbal, and cola beverages

FIRST USE 6-1-2016; IN COMMERCE 6-1-2016

The mark consists of the word "human" with an additional raised "n" at the end.

SER. NO. 87-024,417, FILED 05-04-2016



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT C

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87024417 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 114 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK FILE NAME | https://tmng-al.uspto.gov/resting2/api/img/87024417/large |
| LITERAL ELEMENT | HUMAN N |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| **OWNER SECTION (current)** | |
| NAME | HUMAN POWER OF N COMPANY, INC. |
| INTERNAL ADDRESS | 1120 S. CAPITAL OF TEXAS HWY |
| STREET | BUILDING 1, SUITE 210 |
| CITY | AUSITN |
| STATE | Texas |
| ZIP/POSTAL CODE | 78746 |
| COUNTRY | United States |
| **OWNER SECTION (proposed)** | |
| NAME | HUMAN POWER OF N COMPANY |
| INTERNAL ADDRESS | Bldg 1, Suite 210 |
| STREET | 1120 S. Capital of TX Hwy, Bld 1 Ste 210 |
| CITY | AUSTIN |
| STATE | Texas |
| ZIP/POSTAL CODE | 78746 |
| COUNTRY | United States |
| PHONE | 512-732-2240 |
| EMAIL | bril@humann.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 005 |
| | Pharmaceuticals, health and wellness products, namely, nutraceuticals for |

| | |
|---|---|
| **CURRENT IDENTIFICATION** | use as dietary supplements, dietetic and functional foods and beverages adapted for medical purposes; dietary and nutritional supplements; herbal supplements; vitamin and mineral supplements; dietary supplements for weight-loss or energy boosting in the nature of powders, tablets, capsules. lozenges, and nutritional supplement meal replacement bars for boosting energy, and immunity boosting nutritional supplements |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 06/01/2016 |
| **FIRST USE IN COMMERCE DATE** | 06/25/2016 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\870\244\87024417\xml8\SOU0002.JPG |
| **SPECIMEN DESCRIPTION** | Labeled canister of functional food and wellness and dietary supplement powder product called Protein40, using the "human n" mark |
| **INTERNATIONAL CLASS** | 029 |
| **CURRENT IDENTIFICATION** | Processed meats and processed foods, namely, preserved, dried, and cooked fruits and vegetables; jellies and jams |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 06/01/2016 |
| **FIRST USE IN COMMERCE DATE** | 06/25/2016 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\870\244\87024417\xml8\SOU0003.JPG |
| **SPECIMEN DESCRIPTION** | Labeled canister of product called Superbeets containing dried vegetables (beetroot) with the "human n" mark |
| **INTERNATIONAL CLASS** | 030 |
| **CURRENT IDENTIFICATION** | Fruit sauces excluding cranberry sauce and applesauce |
| **GOODS OR SERVICES** | DELETE ALL ITU GOODS/SERVICES IN THIS CLASS |
| **INTERNATIONAL CLASS** | 032 |
| **CURRENT IDENTIFICATION** | Fruit and vegetable beverages, instant fruit and vegetable flavored drinks, soft drinks, and other preparations in liquid or powder form for making nonalcoholic fruit, vegetable, herbal, and cola beverages |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 06/01/2016 |
| **FIRST USE IN COMMERCE DATE** | 06/01/2016 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\870\244\87024417\xml8\SOU0004.JPG |
| **SPECIMEN DESCRIPTION** | Labeled canister of vegetable drink powder product called HeartGreens, using the "human n" mark |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 3 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 300 |
| **TOTAL AMOUNT** | 300 |
| **SIGNATURE SECTION** | |

| | |
|---|---|
| **DECLARATION SIGNATURE** | /Bril Flint/ |
| **SIGNATORY'S NAME** | Bril Flint |
| **SIGNATORY'S POSITION** | Chief Supply Chain Officer |
| **DATE SIGNED** | 09/19/2017 |
| **SIGNATORY'S PHONE NUMBER** | 512-732-2240 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Tue Sep 19 09:49:02 EDT 2017 |
| **TEAS STAMP** | USPTO/SOU-XX.XX.XXX.XX-20<br>170919094902343138-870244<br>17-5108abd7ec62d186227a1d<br>2a9e789afcdfd3d0cb6868711<br>087f7a4554ab08d29ab-CC-90<br>58-20170919092154771704 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** HUMAN N (Stylized and/or with Design, see https://tmng-al.uspto.gov/resting2/api/img/87024417/large)
**SERIAL NUMBER:** 87024417

The applicant, HUMAN POWER OF N COMPANY, having an address of
    Bldg 1, Suite 210
    1120 S. Capital of TX Hwy, Bld 1 Ste 210
    AUSTIN, Texas 78746
    United States
    512-732-2240
    bril@humann.com (authorized)
is submitting the following allegation of use information:

For International Class 005:
Current identification: Pharmaceuticals, health and wellness products, namely, nutraceuticals for use as dietary supplements, dietetic and functional foods and beverages adapted for medical purposes; dietary and nutritional supplements; herbal supplements; vitamin and mineral supplements; dietary supplements for weight-loss or energy boosting in the nature of powders, tablets, capsules. lozenges, and nutritional supplement meal replacement bars for boosting energy, and immunity boosting nutritional supplements

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 06/01/2016, and first used in commerce at least as early as 06/25/2016, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Labeled canister of functional food and wellness and dietary supplement powder product called Protein40, using the "human n" mark.
Specimen File1

For International Class 029:
Current identification: Processed meats and processed foods, namely, preserved, dried, and cooked fruits and vegetables; jellies and jams

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 06/01/2016, and first used in commerce at least as early as 06/25/2016, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Labeled canister of product called Superbeets containing dried vegetables (beetroot) with the "human n" mark.
Specimen File1

For International Class 030:
Current identification: Fruit sauces excluding cranberry sauce and applesauce

All ITU goods/services in this class are to be deleted

For International Class 032:
Current identification: Fruit and vegetable beverages, instant fruit and vegetable flavored drinks, soft drinks, and other preparations in liquid or powder form for making nonalcoholic fruit, vegetable, herbal, and cola beverages

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 06/01/2016, and first used in commerce at least as early as 06/01/2016, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Labeled canister of vegetable drink powder product called HeartGreens, using the "human n" mark.
Specimen File1

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $300 will be submitted with the form, representing payment for the allegation of use for 3 classes.

**Declaration**

The signatory believes that the applicant is the owner of the mark sought to be registered.
**For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
**For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
**For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Bril Flint/     Date Signed: 09/19/2017
Signatory's Name: Bril Flint
Signatory's Position: Chief Supply Chain Officer
Signatory's Phone: 512-732-2240

RAM Sale Number: 87024417
RAM Accounting Date: 09/19/2017

Serial Number: 87024417
Internet Transmission Date: Tue Sep 19 09:49:02 EDT 2017
TEAS Stamp: USPTO/SOU-XX.XX.XXX.XX-20170919094902343
138-87024417-5108abd7ec62d186227a1d2a9e7
89afcdfd3d0cb6868711087f7a4554ab08d29ab-
CC-9058-20170919092154771704







**FEE RECORD SHEET**

**Serial Number:**   87024417

**RAM Sale Number:  87024417**

**Total Fees:**      $300

**RAM Accounting Date:  20170919**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20170919 | $100 | 3 | $300 |

**Transaction Date:**   20170919

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86860810 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/86860810/large |
| LITERAL ELEMENT | HUMANN |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| NAME | Neogenis Laboratories, Inc. |
| INTERNAL ADDRESS | Building 1, Suite 210 |
| STREET | 1120 S. Capital of Texas Hwy |
| CITY | Austin |
| STATE | Texas |
| ZIP/POSTAL CODE | 78746 |
| COUNTRY | United States |
| **OWNER SECTION (proposed)** | |
| NAME | Human Power of N Company, Inc. fka Neogenis Laboratories, Inc. |
| INTERNAL ADDRESS | Building 1, Suite 210 |
| STREET | 1120 S. Capital of Texas Hwy |
| CITY | Austin |
| STATE | Texas |
| ZIP/POSTAL CODE | 78746 |
| COUNTRY | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 005 |
| | Pharmaceuticals in the nature of health and wellness products, namely, nutraceuticals for use as dietary supplements, dietetic and functional foods, namely, bars, powders, tablets, gummies, chews, and capsules containing |

| | |
|---|---|
| **CURRENT IDENTIFICATION** | combinations of protein, fruits, vegetables, grains, amino acids, minerals, nutrients and vitamins; beverages, namely, ready to drink and powdered drink mixes containing combinations of protein, fruits, vegetables, grains, amino acids, fortified with mineral, nutrients, and vitamins |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 06/01/2016 |
| **FIRST USE IN COMMERCE DATE** | 06/01/2016 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\868\608\86860810\xml6\ SOU0002.JPG |
| **SPECIMEN DESCRIPTION** | Photo of product label |
| **INTERNATIONAL CLASS** | 029 |
| **CURRENT IDENTIFICATION** | Meats and Processed Foods in the nature of preserved, dried and cooked fruits and vegetable; jellies and jams |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 06/01/2016 |
| **FIRST USE IN COMMERCE DATE** | 11/09/2016 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\868\608\86860810\xml6\ SOU0003.JPG |
| **SPECIMEN DESCRIPTION** | Photo of product label |
| **INTERNATIONAL CLASS** | 030 |
| **CURRENT IDENTIFICATION** | Fruit sauces excluding cranberry sauce and applesauce |
| **GOODS OR SERVICES** | DELETE ALL ITU GOODS/SERVICES IN THIS CLASS |
| **INTERNATIONAL CLASS** | 032 |
| **CURRENT IDENTIFICATION** | Light Beverages in the nature of instant flavored drinks, namely, fruit, grain, and vegetable juices and soft drinks; preparations in liquid or powder form for making non-alcoholic fruit, vegetable, herbal, and cola beverages, namely, fruit, grain, and vegetable juices and combinations thereof |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 06/01/2016 |
| **FIRST USE IN COMMERCE DATE** | 11/09/2016 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\868\608\86860810\xml6\ SOU0004.JPG |
| **SPECIMEN DESCRIPTION** | Photo of product label |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 3 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 300 |
| **TOTAL AMOUNT** | 300 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /AnnMarie A. Kocher/ |
| **SIGNATORY'S NAME** | /AnnMarie A. Kocher/ |

| **SIGNATORY'S POSITION** | President |
|---|---|
| **DATE SIGNED** | 01/18/2017 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Wed Jan 18 11:45:55 EST 2017 |
| **TEAS STAMP** | USPTO/SOU-XXX.XXX.XXX.XXX<br>-20170118114555902238-868<br>60810-5804244e8244f1a5eb2<br>343d334e67126d158d70584a5<br>f14a0b3f04fc916412eaac-DA<br>-10737-201701171313511342<br>87 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** HUMANN(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/86860810/large)
**SERIAL NUMBER:** 86860810

The applicant, Human Power of N Company, Inc. fka Neogenis Laboratories, Inc., having an address of
> Building 1, Suite 210
> 1120 S. Capital of Texas Hwy
> Austin, Texas 78746
> United States
is submitting the following allegation of use information:

For International Class 005:
Current identification: Pharmaceuticals in the nature of health and wellness products, namely, nutraceuticals for use as dietary supplements, dietetic and functional foods, namely, bars, powders, tablets, gummies, chews, and capsules containing combinations of protein, fruits, vegetables, grains, amino acids, minerals, nutrients and vitamins; beverages, namely, ready to drink and powdered drink mixes containing combinations of protein, fruits, vegetables, grains, amino acids, fortified with mineral, nutrients, and vitamins

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 06/01/2016, and first used in commerce at least as early as 06/01/2016, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Photo of product label.
Specimen File1

For International Class 029:
Current identification: Meats and Processed Foods in the nature of preserved, dried and cooked fruits and vegetable; jellies and jams

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 06/01/2016, and first used in commerce at least as early as 11/09/2016, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Photo of product label.
Specimen File1

For International Class 030:
Current identification: Fruit sauces excluding cranberry sauce and applesauce

All ITU goods/services in this class are to be deleted

For International Class 032:
Current identification: Light Beverages in the nature of instant flavored drinks, namely, fruit, grain, and vegetable juices and soft drinks; preparations in liquid or powder form for making non-alcoholic fruit, vegetable, herbal, and cola beverages, namely, fruit, grain, and vegetable juices and combinations thereof

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 06/01/2016, and first used in commerce at least as early as 11/09/2016, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Photo of product label.
Specimen File1

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $300 will be submitted with the form, representing payment for the allegation of use for 3 classes.

### Declaration

The applicant is the owner of the mark sought to be registered.

**For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
**For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
**For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /AnnMarie A. Kocher/     Date Signed: 01/18/2017
Signatory's Name: /AnnMarie A. Kocher/
Signatory's Position: President

RAM Sale Number: 86860810
RAM Accounting Date: 01/18/2017

Serial Number: 86860810
Internet Transmission Date: Wed Jan 18 11:45:55 EST 2017
TEAS Stamp: USPTO/SOU-XXX.XXX.XXX.XXX-20170118114555
902238-86860810-5804244e8244f1a5eb2343d3
34e67126d158d70584a5f14a0b3f04fc916412ea
ac-DA-10737-20170117131351134287







**FEE RECORD SHEET**

**Serial Number:**   86860810

**RAM Sale Number:  86860810**

**Total Fees:**      $300

**RAM Accounting Date:  20170118**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20170118 | $100 | 3 | $300 |

**Transaction Date:**   20170118



# **<u>EXHIBIT D</u>**

```
        IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
          BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD


HUMAN POWER OF N COMPANY,   )
     Petitioner,            ) Registration
                            ) No.: 5,361,363
VS.                         )
                            ) Cancellation
HVMN INC.,                  ) No.: 92067643
     Registrant.            )




     ***************************************************
                     ORAL DEPOSITION OF
                     KELLY HARRELSON
                     AUGUST 28, 2018
     ***************************************************
```

        ORAL DEPOSITION OF KELLY HARRELSON, produced
as a witness at the instance of the Registrant, and
duly sworn, was taken in the above-styled and numbered
cause on August 28, 2018, from 9:55 a.m. to 2:23 p.m.,
before Donna Wright, CSR in and for the State of Texas,
reported by machine shorthand, at the law offices of
GRAVES DOUGHERTY HEARON & MOODY, 401 Congress Avenue,
Suite 2200, Austin, Texas, pursuant to the provisions
stated on the record or attached hereto.


MAGNA
LEGAL SERVICES

```
 1                    A P P E A R A N C E S
 2
    FOR THE PETITIONER:
 3       Mr. Steven D. Smit
         GRAVES DOUGHERTY HEARON & MOODY
 4       401 Congress Avenue
         Suite 2200
 5       Austin, Texas 78701
         (512) 480-5600
 6       ssmit@gdhm.com
 7
    FOR THE REGISTRANT:
 8       Mr. Timothy D. Pescenye
         BLANK ROME
 9       130 North 18th Street
         Philadelphia, Pennsylvania 19103
10       (215) 569-5347
         pecsenye@blankrome.com
11
12  ALSO PRESENT:
         Bril Flint
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 70

1   such a product presently on the marketplace.   Okay?

2       A.   You're going to share a list of products from

3   the company HumanN?

4       Q.   Correct.

5       A.   Okay.

6               MR. SMIT:   And may I -- from which

7   trademark registration, because I think the HumanN

8   plain text versus the HumanN logo have different

9   products.   There's a different recitation of products,

10  if I remember correctly.

11              MR. PECSENYE:   You may be correct.

12              MR. SMIT:   Okay.

13              MR. PECSENYE:   I don't know which

14  registration.   But I will represent to you that it is a

15  registration that the company owns.

16              MR. SMIT:   Got it.

17      Q.   (BY MR. PECSENYE)   Nutraceuticals for use as

18  wellness products, does the company sell that?

19      A.   Yes.

20      Q.   Dietetic and functional foods?

21      A.   Yes.

22      Q.   Bars?

23      A.   Are you asking if we actively sell bars?

24      Q.   Correct.

25      A.   The answer is no.



Page 71

1    Q.   Powders?

2    A.   Yes.

3    Q.   Tablets?

4    A.   Yes.

5    Q.   Gummies?

6    A.   Actively selling, the answer is no.

7    Q.   Chews?

8    A.   No.

9    Q.   Capsules containing combinations of protein,

10  fruits, vegetables, grains, amino acids, minerals,

11  nutrients, and vitamins?

12    A.   Yes.

13    Q.   Beverages?

14    A.   We would have to be specific on beverages.

15  Our powders are considered a drink of sorts.

16    Q.   But does the company actually sell any liquid

17  beverage?

18    A.   Liquid beverages?  Presently, no.

19    Q.   Does the company sell any products for meats

20  and processed foods in the nature of preserve, dried,

21  and cooked fruits and vegetables?

22    A.   I'm unfamiliar with that, if that incorporates

23  one of our products that I just wouldn't understand a

24  nuance in the formulation or not.  I couldn't say on

25  that one specific.  Sounds very technical.



Page 72

```
 1       Q.    Any jellies or jams?

 2       A.    No.

 3       Q.    Any soft drinks?

 4       A.    Soft drinks such as --

 5       Q.    Like liquids?

 6       A.    Oh, liquids?  No.

 7       Q.    So the company doesn't sell any liquid

 8  products?

 9       A.    Today the company isn't selling liquid

10  products that are sold in a liquid form factor.

11       Q.    But it does sell powdered products that are

12  intended to be put into a liquid?

13       A.    That's correct.  It sells a powder that's

14  intended to -- you drink it.

15       Q.    Any cola beverages?

16       A.    Cola?

17       Q.    Yes.

18       A.    As in -- like a soda water cola, or does that

19  mean --

20       Q.    Well, I think cola generally connotes a

21  cola-flavored beverage.

22       A.    Oh.  I'm not aware of any products that we

23  have that carry that, but I'm not the expert in our

24  area of formulations and ingredients in our products.

25       Q.    So let's go back to, I think, your hardcore
```



MAGNA
LEGAL SERVICES

# **EXHIBIT E**

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA868007** |
|---|---|
| Filing date: | **12/29/2017** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Petition for Cancellation

Notice is hereby given that the following party has filed a petition to cancel the registration indicated below.

## Petitioner Information

| Name | Human Power of N Company | | |
|---|---|---|---|
| Entity | Corporation | Citizenship | Texas |
| Address | 1120 S. Capital of Texas Highway<br>Bldg. 1, Suite 210<br>Austin, TX 78746<br>UNITED STATES | | |

| Attorney information | Steven D. Smit<br>Graves, Dougherty, Hearon, & Moody P.C.<br>401 Congress Avenue, Suite 2200<br>Austin, TX 78701<br>UNITED STATES<br>Email: trademarks@gdhm.com, ssmit@gdhm.com<br>Phone: 512.480.5600 |
|---|---|

## Registration Subject to Cancellation

| Registration No. | 5361363 | Registration date | 12/19/2017 |
|---|---|---|---|
| Registrant | HVMN INC.<br>505 MONTGOMERY STREET<br>SUITE 1025<br>SAN FRANCISCO, CA 94111<br>UNITED STATES | | |

## Goods/Services Subject to Cancellation

| Class 005. First Use: 2017/06/27 First Use In Commerce: 2017/06/27<br>All goods and services in the class are subject to cancellation, namely: Dietary and nutritional supplements; dietary and nutritional supplements containing ketones; liquid protein supplements, namely, ketogenic protein supplement shakes and drinks; nutritional supplements energy bars; nutritional supplements in the form of energy gels, pastes and chews |
|---|
| Class 030. First Use: 2017/06/27 First Use In Commerce: 2017/06/27<br>All goods and services in the class are subject to cancellation, namely: Cereal based energy bars; candy |
| Class 032. First Use: 2017/06/27 First Use In Commerce: 2017/06/27<br>All goods and services in the class are subject to cancellation, namely: Sports performance drinks |

## Grounds for Cancellation

| Priority and likelihood of confusion | Trademark Act Sections 14(1) and 2(d) |
|---|---|

# Marks Cited by Petitioner as Basis for Cancellation

| U.S. Registration No. | 5351133 | Application Date | 12/29/2015 |
|---|---|---|---|
| Registration Date | 12/05/2017 | Foreign Priority Date | NONE |
| Word Mark | HUMANN | | |
| Design Mark | HUMANN | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 005. First use: First Use: 2016/06/01 First Use In Commerce: 2016/06/01 Pharmaceuticals in the nature of healthand wellness products, namely, nut-raceuticals for use as dietary supplements, dietetic and functional foods, namely, bars, powders, tablets, gummies, chews, and capsules containing combinations of protein, fruits, vegetables, grains, aminoacids, minerals, nutrients and vitamins; beverages, namely, ready to drink and powdered drink mixes containing combinations of protein, fruits, vegetables, grains, amino acids, fortified with mineral, nutrients, and vitamins<br>Class 029. First use: First Use: 2016/06/01 First Use In Commerce: 2016/11/09 Meats and Processed Foods in the natureof preserved, dried and cooked fruits and vegetable; jellies and jams<br>Class 032. First use: First Use: 2016/06/01 First Use In Commerce: 2016/11/09 Light Beverages in the nature of instant flavored drinks, namely, fruit, grain,and vegetable juices and soft drinks; preparations in liquid or powder form formaking non-alcoholic fruit, vegetable, herbal, and cola beverages, namely, fruit, grain, and vegetable juices and combinations thereof | | |

| U.S. Registration No. | 5355870 | Application Date | 05/04/2016 |
|---|---|---|---|
| Registration Date | 12/12/2017 | Foreign Priority Date | NONE |
| Word Mark | HUMAN N | | |
| Design Mark | humann | | |
| Description of Mark | The mark consists of the word "human" with an additional raised "n" at the end. | | |
| Goods/Services | Class 005. First use: First Use: 2016/06/01 First Use In Commerce: 2016/06/25 | | |

|  | Pharmaceuticals, health and wellness products, namely, nutraceuticals for use as dietary supplements, dietetic and functional foods and beverages adapted for medical purposes; dietary and nutritionalsupplements; herbal supplements; vit-amin and mineral supplements; dietary supplements for weight-loss or energy boosting in the nature of powders, tablets, capsules. lozenges, and nutritional supplement meal replacement bars for boosting energy, and immunity boosting nutritionalsupplements |
|  | Class 029. First use: First Use: 2016/06/01 First Use In Commerce: 2016/06/25 |
|  | Processed meats and processed foods, namely, preserved, dried, and cooked fruits and vegetables; jellies and jams |
|  | Class 032. First use: First Use: 2016/06/01 First Use In Commerce: 2016/06/01 |
|  | Fruit and vegetable beverages, instant fruit and vegetable flavored drinks, soft drinks, and other preparations in liquid or powder form for making nonalcoholic fruit, vegetable, herbal, and cola beverages |

| Attachments | 86860810#TMSN.png( bytes )<br>87024417#TMSN.png( bytes )<br>Petition to Cancel_HVMN.pdf(148296 bytes ) |

| Signature | /Steven D. Smit/ |
| Name | Steven D. Smit |
| Date | 12/29/2017 |

**IN THE UNITED STATES PATENT AND TRADE REGISTERED TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

In the Matter of: Trademark Registration No. 5361363
For the mark: HVMN
Date registered: December 19, 2017

| | | |
|---|---|---|
| Human Power of N Company | § | |
| | § | |
| Petitioner, | § | |
| | § | Cancellation No. |
| v. | § | |
| | § | |
| HVMN, Inc. | § | |
| | § | |
| | § | |
| | § | |
| Respondent. | § | |

## <u>PETITION FOR CANCELLATION</u>

Petitioner, Human Power of N Company a Texas Corporation with its business address at 1120 S. Capital of Texas Highway, Building 1, Suite 210, Austin, TEXAS 78746, believes that it is being damaged and will continue to be damaged by the above-identified registration, and hereby petitions to cancel this registration. As grounds for cancellation, Petitioner alleges as follows:

1.      According to the records of the Patent and Trademark Office, the name and address of the current owner of the trademark registration at issue is HVMN, Inc., 505 Montgomery Street, Suite 1025, San Francisco, CALIFORNIA, 94111.

### I. Standing of Petitioner

2.      Petitioner and Respondent are competitors.  Petitioner has two registered trademarks for the mark HUMANN; Registration No. 5,351,133 and HUMANN design logo; Registration No. 5,355870. Petitioner has been using the trademark HUMANN in interstate commerce for the goods recited in its application since at least June 1, 2016.

By virtue of Petitioner's use in commerce of its trademark HUMANN in connection with its goods, such goods have become favorably known to the relevant trade and public under such trademark.

### II. Ground for Cancellation – Likelihood of Confusion

3.      Respondent originally filed an intent-to-use application for HVMN (pronounced "Human") on February 27, 2017. Respondent did not file a Statement of Use until October 11, 2017, citing first use of HVMN on June 27, 2017. As shown by the foregoing, Petitioner began using the HUMANN mark in interstate commerce over a year before Respondent's first use in interstate commerce.

4.      Petitioner does not believe the Examiner understood that the mark HVMN is pronounced "Human," according to Respondent's Website and other marketing materials. If the Examiner had understood this fact, Petitioner believes the Examiner would have rejected the HVMN application based on a likelihood of confusion between Petitioner's registered mark HUMANN and Respondent's mark HVMN.

5.      Petitioner's registered trademark HUMANN, and Respondent's registered trademark HVMN (pronounced Human) are similar in appearance, connotation and commercial appearance.  Even more importantly, both marks have exactly the same pronunciation. Both marks are registered in Class 5 for dietary supplements, and class 32 for performance drinks. Upon information and belief, Petitioner's and Respondent's products under their respective marks are marketed and sold through the same or commercially similar channels of trade. Moreover, Petitioner is aware of actual confusion in the marketplace that is being caused by Respondent's marketing and sale of its products under the HVMN mark.

WHEREFORE, Petitioner respectfully requests that its petition to cancel the above-cited registration be sustained; that Respondent's registration for HVMN be cancelled; and that Petitioner be granted such other and further relief as to which it may be justly entitled.

Respectfully submitted,

GRAVES, DOUGHERTY, HEARON & MOODY
A Professional Corporation
401 Congress, Suite 2200
Austin, Texas 78701
(512) 480-5638 (telephone)
(512) 480-5838 (fax)


By:/s/ Steven D. Smit
          Steven D. Smit
          Texas State Bar No. 18527500

ATTORNEYS FOR PETITIONER


## CERTIFICATE OF SERVICE

I certify that on December 28, 2017, a true and correct copy of this Petition to
Cancel was Sent by first class mail and a courtesy copy via email to the following:


**Correspondent:**
Zachary A. Aria
aria@blankrome.com
Blank Rome LLP
8th Floor
One Logan Square
Philadelphia, PA 19103

**Owner:**
Geoffrey Woo/CEO
HVMN, Inc.
505 Montgomery Street, Suite 1025
San Francisco, CA 94111


            */Steven D. Smit/*
            Steven D. Smit

# **EXHIBIT F**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD


HUMAN POWER OF N COMPANY,    )
    Petitioner,              ) Registration
                             ) No.: 5,361,363
VS.                          )
                             ) Cancellation
HVMN INC.,                   ) No.: 92067643
    Registrant.              )



**************************************************
ORAL DEPOSITION OF
BRIL FLINT
AUGUST 28, 2018
**************************************************


    ORAL DEPOSITION OF BRIL FLINT, produced as a
witness at the instance of the Registrant, and duly
sworn, was taken in the above-styled and numbered cause
on August 28, 2018, from 12:35 p.m. to 2:10 p.m.,
before Donna Wright, CSR in and for the State of Texas,
reported by machine shorthand, at the law offices of
GRAVES DOUGHERTY HEARON & MOODY, 401 Congress Avenue,
Suite 2200, Austin, Texas, pursuant to the provisions
stated on the record or attached hereto.



Page 2

```
 1                  A P P E A R A N C E S
 2
    FOR THE PETITIONER:
 3       Mr. Steven D. Smit
         GRAVES DOUGHERTY HEARON & MOODY
 4       401 Congress Avenue
         Suite 2200
 5       Austin, Texas 78701
         (512) 480-5600
 6       ssmit@gdhm.com
 7
    FOR THE REGISTRANT:
 8       Mr. Timothy D. Pescenye
         BLANK ROME
 9       130 North 18th Street
         Philadelphia, Pennsylvania 19103
10       (215) 569-5347
         pecsenye@blankrome.com
11
12  ALSO PRESENT:
         Kelly Harrelson
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 52

1    to a video or an article that pronounced the word as

2    "Human."

3         Q.   Right.  So you watched the video, correct?

4         A.   Uh-huh.

5         Q.   That was yes?

6         A.   Yes.

7         Q.   And then what did you do?

8         A.   In conjunction with the other avenues that

9    this concern had been raised through our company and

10   contacts -- I don't remember the exact date, but I got

11   in touch with our counsel about the potential confusion

12   of the marks.

13        Q.   So you called your lawyer at some point --

14        A.   Yes.

15        Q.   -- after receiving this e-mail?

16        A.   Uh-huh.

17        Q.   Do you view, as the IP liaison for the

18   company, HVMN's use of that mark as trademark

19   infringement?

20        A.   I do, yes.

21        Q.   Is there a reason why you haven't sued HVMN?

22        A.   That possibility remains open.

23        Q.   If you would, could you turn to Exhibit 8?

24        A.   Yes.

25        Q.   Are you familiar with the document that's



# **EXHIBIT G**

| From: | Smit, Steve D. |
|---|---|
| To: | Pecsenye, Timothy |
| Cc: | Garcia, Velma; Aria, Zachary; Perea, Jennifer M.; Aryani-Sabet, Samar |
| Subject: | RE: Human Power of N Company v. HVMN Inc.; - Response to Settlement Offer |
| Date: | Wednesday, September 5, 2018 5:13:50 PM |
| Attachments: | image002.png |

Tim:

████████████████████████████████████████████████     It declines this offer and believes the only acceptable resolution of this matter is for HVMN to abandon its registration and change its name to a mark that is not confusingly similar to my client's trademarks for Humann.

Please let me know if you have any questions.

Regards, Steve

Steve Smit
480-5653 (tel)
480-5853 (fax)
ssmit@gdhm.com (email)



**GRAVES DOUGHERTY HEARON & MOODY**

401 Congress Avenue, Suite 2200
Austin, Texas  78701
Phone 512.480.5600
www.gdhm.com

This electronic communication (including any attached document) may contain privileged and/or confidential information. If you are not an intended recipient of this communication, please be advised that any disclosure, dissemination, distribution, copying, or other use of this communication or any attached document is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached document.

This electronic communication (including any attached document) may contain privileged and/or confidential information. If you are not an intended recipient of this communication, please be advised that any disclosure, dissemination, distribution, copying, or other use of this communication or any attached document is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached document.