# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** January 17, 2019     **Time:** 3:06 – 3:23 =     **Judge:** EDWARD M. CHEN
                                         17 Minutes

**Case No.**: 18-cv-05542-EMC     **Case Name:**  HVMN Inc. v. Human Power of N Company

**Attorney for Plaintiff:** Timothy Pecsenye
**Attorney for Defendant:** J. Scott Gerien

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Marla Knox

## PROCEEDINGS

[20] Motion to Dismiss - held.

## SUMMARY

Parties stated appearances and proffered argument.

The Court finds that the first-to-file rule applies, and no exception applies.  Plaintiff's request for declaratory relief was not filed anticipatorily, as suit from Defendant was not imminent.  Defendant waited to file suit until it had standing to seek declaratory relief.  The forum shopping exception does not apply.  This is where Defendant is located.  There is no evidence that Defendant acted in bad faith in filing this suit.

Similarly, the Court finds that of the factors under 28 U.S.C. § 1404(a), none weigh heavily in favor of transfer to the Eastern District of Texas.  The case will remain in the Northern District of California.  Motion denied.