| | |
|---|---|
| CLEMENT S. ROBERTS (SBN 209203)<br>croberts@orrick.com<br>NATHAN SHAFFER (SBN 282015)<br>nshaffer@orrick.com<br>ORRICK, HERRINGTON<br>& SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>Attorneys for Plaintiff<br>HVMN Inc. | J. SCOTT GERIEN, SBN 184728<br>JOY L. DURAND, SBN 245413<br>DICKENSON, PEATMAN & FOGARTY<br>1455 First Street, Suite 301<br>Napa, California 94559<br>Telephone: 707-261-7058<br>Facsimile: 707-255-6876<br><br>Steve D. Smit, Texas SBN 18527500<br>GRAVES, DOUGHERTY, HEARON & MOODY, P.C.<br>401 Congress Ave., Suite 2700<br>Austin, Texas 78701<br>Telephone: 512-480-5653<br>Facsimile: 512-480-5853<br>(admitted *pro hac vice*) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HVMN INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>HUMAN POWER OF N COMPANY,<br><br>        Defendant. | Case No. 3:18-cv-05542-EMC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:    Hon. Edward M. Chen |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff HVMN Inc. and Human Power of N Company that all claims asserted by and between them in the above-captioned action are dismissed without prejudice. Each party is to bear its own costs, expenses, and attorneys' fees.

Dated: July 8, 2019  ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Nathan Shaffer*
CLEMENT S. ROBERTS
NATHAN SHAFFER
Attorneys for Plaintiff HVMN Inc.

Dated: July 8, 2019  GRAVES, DOUGHERTY, HEARON & MOODY, PC

By: */s/ Steve D. Smit*
STEVE D. SMIT
Attorneys for Defendant
Human Power of N Company

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATE: July 8, 2019